UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AQUI MCKEITHEN,<br><br>    Plaintiff<br><br>v.<br><br>MS. JONES, et al.,<br><br>    Defendants | Case No. 2:23-cv-01691-JAD-DJA<br><br>**ORDER** |

On October 17, 2023, Plaintiff, *pro se*, submitted both an application to proceed *in forma pauperis* and paid the full $402 filing fee for a civil action. (ECF Nos. 1, 2). However, Plaintiff did not submit a complaint.

Under Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. As such, the Court grants Plaintiff **until November 20, 2023**, to submit a complaint to this Court.

For the foregoing reasons, it is ordered that Plaintiff will submit a complaint to this Court on or before **November 20, 2023**.

It is further ordered that the Clerk of the Court will send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order.

DATED: October 20, 2023

_____
UNITED STATES MAGISTRATE JUDGE